UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     v.<br><br>TIMMY HUNT,<br><br>       Defendant. | Case No. 20-CR-10119-DJC |

### DECLARATION OF JOHN J. FALVEY, JR. IN SUPPORT OF MR. HUNT'S MOTION TO SUPPRESS

I, John J. Falvey, Jr., hereby state that the following is true to the best of my knowledge and belief:

1. I am a member of the law firm Goodwin Procter LLP, and I am duly licensed to practice law in the Commonwealth of Massachusetts. I am counsel for Defendant Timmy E. Hunt in the above captioned matter. I submit this Declaration in support of Mr. Hunt's Motion to Suppress.

2. Attached as Exhibit A is a true and correct copy of the Docket Report for Superior Court for Suffolk County Case No. 1984-CR-00085, *Commonwealth v. Timmy Eugene Hunt*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May, 2021

*/s/ John J. Falvey, Jr.*
JOHN J. FALVEY, JR.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2021.

Date: May 7, 2021                      */s/ John J. Falvey Jr.*
                                                   John J. Falvey, Jr.