# EXHIBIT A



**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CRIMINAL**
Docket Report

## 1984CR00085 Commonwealth vs. Hunt, Timmy Eugene

| | |
|---|---|
| **CASE TYPE:** Indictment | **FILE DATE:** 02/26/2019 |
| **ACTION CODE:** 269/10/K-0 | **CASE TRACK:** A - Standard |
| **DESCRIPTION:** FIREARM, CARRY WITHOUT LICENSE, 2ND OFF. c269 §10(a) & (d) | |
| **CASE DISPOSITION DATE:** 03/14/2019 | **CASE STATUS:** Activity Suspended |
| **CASE DISPOSITION:** Active | **STATUS DATE:** 06/24/2020 |
| **CASE JUDGE:** | **CASE SESSION:** Criminal 5 |

### PARTIES

**Prosecutor**
Suffolk County District Attorney
One Bulfinch Place
Boston, MA 02114

**Attorney** 694026
Gregory James Galizio
Suffolk County District Attorney's Office
Suffolk County District Attorney's Office
One Bulfinch Place
Boston, MA 02114
Work Phone (617) 619-4108
Added Date: 09/22/2020

**Defendant**
Hunt, Timmy Eugene
17 Fernald Terrace
Boston, MA 02125

**Appointed - Indigent Defendant** 499425
Robert H Tobin
Tobin And Tobin
Tobin And Tobin
735 South St
Roslindale, MA 02131
Work Phone (617) 325-1010
Added Date: 09/09/2019

**Surety**
Griffith, Anishia
17 Fernald Terrace
Apt. 2
Dorchester, MA 02125

**Other interested party**
BOSTON POLICE DEPARTMENT

01-13-'21 10:13 FROM- Sup.Suff.Criminal    6177887798    T-435 P0007/0023 F-825

## FINANCIAL DETAILS

| Date | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| 03/14/2019 | Legal Counsel Fee assessed. Judge: Curley, Edward J Receipt: 19213 Date: 09/25/2020 Ordered by: Honorable Edward J Curley | 150.00 | 150.00 | 0.00 | 0.00 |
| | Total | 150.00 | 150.00 | 0.00 | 0.00 |

| Date | Money on Deposit | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| 07/01/2019 | Bail posted in the amount of $15,000.00 by surety, A. Griffith Receipt: 16600 Date: 07/01/2019 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| | Total | 15,150.00 | 15,150.00 | 0.00 | 0.00 |

| Deposit Account(s) Summary | Received | Applied | Checks Paid | Balance |
|---|---|---|---|---|
| BAIL | 15,000.00 | 150.00 | 14,850.00 | 0.00 |
| Total | 15,000.00 | 150.00 | 14,850.00 | 0.00 |

| INFORMATIONAL DOCKET ENTRIES | | | |
|---|---|---|---|
| Date | Ref | Description | Judge |
| 02/26/2019 | | Attorney appearance<br>On this date 02/26/2019 Tohme, Esq., Marc added for Suffolk County Distric Attorney | |
| 02/26/2019 | 1 | Indictment(s) returned | |
| 02/26/2019 | 2 | Commonwealth Marc Tohme, Esq.'s Motion for an arrest warrant (Filed) | |
| 02/26/2019 | | Endorsement on Motion for an arrest warrant , (#2.0): ALLOWED<br><br>Judge: Tochka, Hon. Robert N | Tochka |
| 02/26/2019 | | Issued:<br>Straight Warrant issued on 02/26/2019 for Hunt, Timmy Eugene | |
| 03/14/2019 | | Defendant arraigned before Court. | |
| 03/14/2019 | | Defendant waives reading of indictment | |
| 03/14/2019 | | Plea of not guilty entered on all charges. | |
| 03/14/2019 | | Court inquires of Commonwealth if abuse, as defined by G.L. c. 209A, § 1, is alleged to have occurred immediately prior to or in connection with the charged offense(s). | |
| 03/14/2019 | | Court finds NO abuse is alleged in connection with the charged offense. G.L c. 276, § 56A. | |
| 03/14/2019 | | Bail set at $150,000.00 Surety, $15,000.00 Cash. GPS Prior to Release Set without prejudice | Curley |
| 03/14/2019 | | Bail warnings read | |
| 03/14/2019 | | Served:<br>Straight Warrant served on 03/14/2019 for Hunt, Timmy Eugene | |
| 03/14/2019 | 3 | Issued on this date:<br><br>Mittimus in Lieu of Bail<br>Sent On: 03/14/2019 15:27:22 | |
| 03/14/2019 | | Conditions of release on bail: Other Special Condition<br>GPS prior to Release<br>Home Confinement<br><br>Judge: Curley, Edward J | Curley |
| 03/14/2019 | 4 | Commonwealth 's Notice of Discovery March 14th 2019<br>(Filed) | |
| 03/14/2019 | 5 | Finding and Order on Bail:<br><br>(Filed)<br><br>Judge: Curley, Edward J | Curley |

| Date | # | Description | Judge |
|---|---|---|---|
| 03/14/2019 | 6 | Commonwealth files the statement of the case. Judge: Curley, Edward J | Curley |
| 03/14/2019 | | Attorney appearance. On this date Charles F Jordan, Esq. added as Appointed - Indigent Defendar for Defendant Timmy Eugene Hunt. Appointment made for the purpose of Case in Chief by Judge Edward J Curley. | |
| 03/14/2019 | | Defendant brought into court, Arraignment, Held. Case Continued by agreement to to 04/09/2019 RE: Pre-Trial Conference/ Setting Track in CTRM 705 *Jail List<br><br>E. Curley, MAG<br>M. Tohme, ADA<br>C. Jordan, Atty | Curley |
| 04/09/2019 | | Case assigned to:<br>DCM Track A - Standard was added on 04/09/2019 | |
| 04/09/2019 | | Defendant not in court.<br>Hearing Re: Pre-Trial Conference rescheduled.<br><br>> Case designated Track A:<br>1. Further Pre-Trial Conference on the date of 5/16/19 (CM Session, CTRM 705) *Jail List* *Notice to C. Jordan, Atty issued*<br>2. Pre-Trial Hearing on the date of 6/26/19 2:00 PM (Criminal 5, CTRM 817)<br>3. Final Pre-Trial Conference on the date of 10/09/19 at 2:00 PM (Criminal 5, CTRM 817)<br>4. Presumptive Trial on the date of 10/21/19 at 9:00 AM (Criminal 5, CTRM 817)<br><br>L. Medeiros, MAG  -  M. Tohme, ADA  -  FTR (9:57 AM) | Medeiros |
| 04/26/2019 | 7 | Pro Se Defendant's Motion to remove counsel and for appointment of new counsel filed with affiadvit in support thereof and writ of habeas corpus ad testificandum | |
| 05/16/2019 | | Endorsement on Motion to remove counsel and for appointment of new counsel filed with affiadvit in support thereof and writ of habeas corpus ad testificandum, (#7.0): ALLOWED<br>"ALLOWED (Reasons on FTR record - Defendant very frustrated and agitate - Appointed new Atty Scott Gediman." L. Medeiros (5/16/19). | Medeiros |
| 05/16/2019 | | Attorney appearance. On this date Charles F Jordan, Esq. dismissed/withdrawn as Appointed - Indigent Defendant for Defendant Timmy Eugene Hunt | |
| 05/16/2019 | | Attorney appearance. On this date Scott Gediman, Esq. added as Appointed - Indigent Defendant for Defendant Timmy Eugene Hunt. Appointment made for the purpose of Case in Chief by Judge Lisa B Medeiros. | |

| Date | Event | Judge |
|---|---|---|
| 05/16/2019 | Legal Counsel Fee Waived.<br>Judge: Medeiros, Lisa B | Medeiros |
| 05/16/2019 | Event Result:: Pre-Trial Conference scheduled on:<br>05/16/2019 09:30 AM<br>Has been: Not Held    For the following reason: Other event activity neede<br>Lisa B Medeiros, Presiding | Medeiros |
| 05/16/2019 | Defendant brought court.<br>Hearing Re: Motion held.<br>Case continued to 6/07/19 by agreement for Hearing Re: Conference Status<br>on Counsel at 9:00 AM<br>(Criminal 5, CTRM 817) *NEEDS Jail List*<br><br>L. Medeiros, MAG  -  M. Pierce, DAC   -   M. Tohme, ADA  -  C. Jordan &<br>S. Gediman, Atty  -  FTR (10:41 AM) | Medeiros |
| 06/07/2019 | Defendant brought into Court.<br><br>Conference to Review Status held before Tochka, J.<br><br>Continued at the Request of Defense Counsel to 6/25/19<br>for Pre-Trial Hearing and Filing of Rule 17 Motions at 9:00AM<br>in Courtroom 817.<br>- At request of the Defense Counsel, Defendant's presence<br>waived for next date.<br>- Note: Defense Counsel unavailable on 6/26/19 when co-defendants<br>are scheduled for Pre-Trial Hearing.<br>- Cancel 6/26/19 Pre-Trial Hearing date.<br><br>Hon. Robert N Tochka, Presiding<br>Appeared: M. Tohme, ADA  -  S. Gediman, Atty.  -  FTR<br>Staff:<br>  Rebeca Figueroa, Assistant Clerk Magistrate | Tochka |
| 06/07/2019 | Event Result:: Pre-Trial Hearing scheduled on:<br>06/26/2019 02:00 PM<br>Has been: Rescheduled    For the following reason: Request of Defendant<br>Hon. Robert N Tochka, Presiding<br>Staff:<br>  Rebeca Figueroa, Assistant Clerk Magistrate<br>  Michelle Pierce, Assistant Clerk | Tochka |
| 06/25/2019 | Defendant not in Court- presence waived,<br>Pre-trial Hearing- Held as scheduled,<br>- Continued by agreement to 07/18/19, Hearing RE: Rule 17 Motion and Filin<br>of Motion to Suppress (Criminal Session 1, CtRm 704) *Jail List*<br>- Continued by agreement to 08/15/19, Hearing RE: Motion to Suppress<br>(Criminal Session 9, CtRm 713) *Jail List*<br><br>Tochka, J  -  M. Tohme, ADA   -   S. Gediman, Attorney  -   FTR | Tochka |
| 07/11/2019 | Defendant oral motion<br>to Attend Funeral on Friday 7/12/19 from 9:00 AM to 3:00 PM - ALLOWED | |

| Date | Event | Judge |
|---|---|---|
| 07/11/2019 | Defendant comes into court. <br> Hearing Re: Motion held. <br> - After hearing, Defendant's Motion to Attend Funeral: ALLOWED <br> > Case has next date of 7/18/19 for Hearing Re: Motion (Criminal 1, CTRM 704) <br><br> W. Sullivan, J  -  J. Pardi, ACM  -  G. Ogus for M. Tohme, ADA  - <br> FTR/Court Monitor: J. Russo (11:57 AM) | Sullivan |
| 07/18/2019 | Rule 36 waived re: | |
| 07/18/2019 | Defendant comes into court, <br> Motion Hearing, Held <br> Case Continued by agreement to 09/09/2019 for Motion Hearing RE: Rule 17 <br> in CTRM 704 at 9:30am *Presence Waived <br><br> Amended Conditions of Bail: <br> RE: Home Confinement - Allowed to work with Kelly Moving Services <br> Monday - Thursday 9:00am to 9:00pm <br><br> W. Sullivan, J <br> M. Tohme, ADA <br> G. Gediman, Atty <br> D. D'Avolio, ACM <br> FTR 10:18am | Sullivan |
| 08/15/2019 | Event Result:: Evidentiary Hearing on Suppression scheduled on: <br> 08/15/2019 09:00 AM <br> Has been: Canceled    For the following reason: Joint request of parties <br> Hon. Susan E Sullivan, Presiding <br> Staff: <br>     Rourke Donnelly, Assistant Clerk Magistrate <br><br> Date cancelled in 1st session on prior date. | Sullivan |
| 08/20/2019 | Defendant comes into Court <br> Defendant requests that case be brought forward <br> After hearing curfew amended to the following <br> 11PM to 7AM  - Monday  - Saturday  for Work Only <br> Home Confinement - Sunday - All Day <br> W. Sullivan, presiding, G. Ogus for M. Tohme, ADA, FTR 12:35 <br><br> Staff: <br>     James Pardi, Assistant Clerk Magistrate <br>     David Sheehan, Assistant Clerk Magistrate | Sullivan |
| 08/20/2019 | Event Result:: Motion Hearing scheduled on: <br> 09/09/2019 09:30 AM <br> Has been: Canceled    For the following reason: Joint request of parties <br> Hon. William F Sullivan, Presiding <br> Staff: <br>     James Pardi, Assistant Clerk Magistrate <br>     David Sheehan, Assistant Clerk Magistrate | Sullivan |

| Date | # | Description | Judge |
|---|---|---|---|
| 08/29/2019 | 8 | Other 's Objection to Defendant's Motion For Summons and Order for Third Party Records (filed)<br>Attorney Anthony Rizzo contacted and advised that the summons for third party records has not been filed yet; Atty responded that he is filing the opposition proactively as he thinks the summons will be filed shortly in the future | |
| 09/09/2019 | | Defendant not in Court<br>Hearing re: Counsel Held<br>After Hearing Atty S. Gediman is allowed to Withdraw<br>Atty R. Tobin has been appointed pursuant to Rule 53 - No Fee<br>COP amended:<br>Defendant allowed to work on Sundays from 7:30AM to 10PM<br>Case continued to 9-30-19 per order of the Court Re: Status 1st sess, 9:30AM<br>Defendant excused<br>Hon. William F Sullivan, Presiding, M. Tohme, ADA, S. Gediman, BPD Atty, FTR 10:35<br>Staff:<br>    James Pardi, Assistant Clerk Magistrate<br>    David Sheehan, Assistant Clerk Magistrate | Sullivan |
| 09/09/2019 | 9 | Defendant 's Motion to Withdraw & Appoint Succesor Counsel, and Affidavit, filed and allowed | |
| 09/09/2019 | | Attorney appearance<br>On this date Scott Gediman, Esq. dismissed/withdrawn as Appointed - Indigent Defendant for Defendant Timmy Eugene Hunt | |
| 09/09/2019 | | Attorney appearance<br>On this date Robert H Tobin, Jr., Esq. added as Appointed - Indigent Defendant for Defendant Timmy Eugene Hunt | |
| 09/09/2019 | | Appointment made<br>for the purpose of Case in Chief by Judge Hon. William F Sullivan. | |
| 09/09/2019 | | Legal Counsel Fee Waived.<br>Judge: Sullivan, Hon. William F | Sullivan |
| 09/30/2019 | 10 | ORDER: Protective Re: Boston Police Department Materials (Filed) | Sullivan |
| 09/30/2019 | | Endorsement on Protective Order Re: Boston Police Department Materials, (#10.0): ALLOWED<br><br>Judge: Sullivan, Hon. William F | Sullivan |
| 09/30/2019 | | Defendant oral motion<br>to Join in BPD's Protective Order Motion (P#10): ALLOWED | |
| 09/30/2019 | | Event Result:: Final Pre-Trial Conference scheduled on:<br>    10/09/2019 02:00 PM<br>Has been: Canceled   For the following reason: Joint request of parties<br>Unassigned, Presiding | Unassigned |
| 09/30/2019 | | Event Result:: Jury Trial scheduled on:<br>    10/21/2019 09:00 AM<br>Has been: Canceled   For the following reason: Joint request of parties<br>Unassigned, Presiding | Unassigned |

| Date | # | Entry | Judge |
|---|---|---|---|
| 09/30/2019 | | Defendant comes into court.<br>Hearing Re: Conference Status held.<br>> Case continued to 10/23/19 by agreement for Hearing Re: Motion on Rule 17 (Criminal 1, CTRM 704) *Defendant Excused*<br>> Case continued to 03/04/20 at the request of Commonwealth for Hearing Re: Final Pre-Trial Conference at 2:00 PM (Criminal 5, CTRM 817)<br>> Case continued to 03/23/20 at the request of Commonwealth for Jury Trial at 9:00 AM (Criminal 5, CTRM 817)<br><br>W. Sullivan, J  -  M. Tohme, ADA  -  R. Tobin, Atty  -  FTR (10:55 AM) | Sullivan |
| 10/04/2019 | | Defendant comes into court.<br>Probation Adminstrative Conference held.<br>RE: Motion to modify conditions of bail.<br>Curfew amended. Defendant allowed to work additional hours as allowed by the probation department.<br><br>Sullivan, J  -  J. Pardi, ACM  -  G. Ogus for M. Tohme, ADA  -  R. Tobin, Atty  -  12:45 PM FTR | Sullivan |
| 10/23/2019 | 11 | Defendant 's Motion to examine evidence in possession of the commonwealt filed | |
| 10/23/2019 | 12 | Defendant 's Motion to join in motions of co-defendant filed | |
| 10/23/2019 | 13 | Defendant 's Motion for the return of personal property filed | |
| 10/23/2019 | 14 | Defendant 's Motion for production of turret tape(s) filed | |
| 10/23/2019 | 15 | Defendant 's Motion for discovery regarding police investigation filed | |
| 10/23/2019 | 16 | Defendant 's Motion for discovery regarding inventory procedure filed | |
| 10/23/2019 | 17 | Defendant 's Motion to be furnished with criminal records filed | |
| 10/23/2019 | 18 | Defendant 's Motion for access to records (DCJIS) filed with affidavit and memorandum in support thereof with attached order | |
| 10/23/2019 | | Defendant not in court.<br>Motion Hearing held as scheduled.<br>Case continued by agreement to 11/26/19 RE: Motion Hearing at 11:00 AM i Criminal 1 (CtRm 704) (Defendant excused)<br><br>Cannone, J.  -  J. Pardi, ACM  -  M. Tohme, ADA  -  R. Tobin, Atty  -  10:35 AM FTR | Cannone |
| 11/26/2019 | 19 | Defendant 's Motion for allowance of costs for audio recording filed and ALLOWED (Cannone, J.) | |
| 11/26/2019 | | Defendant comes into court.<br>Motion Hearing held as scheduled.<br>Case continued by agreement to 1/21/20 for Conference to review status RE Discovery at 9:30 AM in Criminal 1 (CtRm 704)<br><br>Cannone, J.  -  J. Pardi, ACM  -  M. Tohme, ADA  -  T. Tobin, Atty  -  11:20 AM FTR | Cannone |

| | | | |
|---|---|---|---|
| 12/31/2019 | | Defendant comes into court. | Medeiros |
| | | Case Brought Forward by Probation and Commonwealth due to ELMO warrant. Conference to Review Status, Held. Commonwealth not requesting that any action be taken due to ELMO violation. No action taken by the Court. | |
| | | Court clarifies today that Defendant's current Conditions of Release are:<br>1. GPS, prior to release<br>2. Curfew Sunday 10:30 pm - Monday 7:30 am<br>Note: ADA Ogus represents that on 10/4/19 Judge Sullivan vacated the defendant's Home confinement on 10/4/19 and relaxed all curfews with the exception of the curfew on Sunday as noted above. ADA Ogus stated he wa content with the bail and the aforementioned conditions of release. | |
| | | Case has next sheduled date of 1/21/20 RE: Status ( 1st Criminal Session, Courtroom 704) 9:30AM | |
| | | L. Medeiros, MAG<br>G. Ogus for M. Tohme, ADA<br>J. Warren, Atty (bail Only)<br>J. Dinardi, APO<br>FTR 11:06 am 11:31 am | |
| 12/31/2019 | | Attorney appearance<br>On this date John Warren, Esq. dismissed/withdrawn as Appointed - Indigen Defendant for Defendant Timmy Eugene Hunt | |
| 12/31/2019 | | Attorney appearance<br>On this date John Warren, Esq. added as Appointed - Indigent Defendant for Defendant Timmy Eugene Hunt | |
| 01/21/2020 | | Defendant comes into court.<br>Hearing Re: Conference Status on Discovery reschedule.<br>Case continued to 01/29/20 by agreement for Hearing Re: Motion (Criminal CTRM 704) *Presence excused*<br><br>R. Tochka, J - J. Pardi, ACM - R. Tobin, Atty - FTR/Court Monitor: N. McCann (10:14 AM) | Tochka |
| 01/29/2020 | 20 | Defendant 's Motion for allowance of reasonable costs for an investigator file with affidavit in support thereof and ALLOWED (Tochka, J.) | |
| 01/29/2020 | 21 | Defendant 's Motion for access to records filed with affidavit and memorandu in support thereof | |
| 01/29/2020 | | Event Result:: Final Pre-Trial Conference scheduled on:<br>   03/04/2020 02:00 PM<br>Has been: Canceled    For the following reason: By Court prior to date<br>Hon. Robert N Tochka, Presiding<br>Staff:<br>   Rebeca Figueroa, Assistant Clerk Magistrate | Tochka |

01-13-'21 10:15 FROM- Sup.Suff.Criminal  6177887798  T-435 P0015/0023 F-825

| Date | No. | Description | Judge |
|---|---|---|---|
| 01/29/2020 | | Event Result:: Jury Trial scheduled on: 03/23/2020 09:00 AM<br>Has been: Canceled     For the following reason: By Court prior to date<br>Hon. Robert N Tochka, Presiding<br>Staff:<br>    Rebeca Figueroa, Assistant Clerk Magistrate | Tochka |
| 01/29/2020 | | Defendant not in court.<br>Motion Hearing held as scheduled.<br>Case is continued by agreement to the following dates:<br>-2/19/2020 at 9:30 AM in Criminal 1 (CtRm 704) RE: Hearing on Discovery Motions (Defendant excused)<br>-3/26/2020 at 9:30 AM in Criminal 9 (CtRm 713) RE: Non-Evidentiary Hearing on Motion to Suppress<br>-5/27/2020 at 2:00 PM in Criminal 5 (CtRm 817) RE: Final Pre-Trial Conference.<br>-6/1/2020 at 9:00 AM in Criminal 5 (CtRm 817) RE: Jury Trial<br><br>Tochka, J.  -  J. Pardi, ACM  -  M. Tohme, ADA  -  R. Tobin, Atty  -  9:46 AM FTR | Tochka |
| 02/19/2020 | 22 | Commonwealth 's Notice of Discovery, February 19, 2020 (filed) | |
| 02/19/2020 | | Defendant Comes Into Court<br>Hearing RE: Discovery Motion(s), held<br><br>Case continued to 3/26/20 by Agreement RE: Filing of Motions (Clerk Magistrate Session, Courtroom 705) 9:30am<br>Cancel 3/26/19 Motion to Suppress<br><br>Tochka, J<br>M. Tohme, ADA<br>R. Tobin, Atty<br>J. Pardi, ACM<br>FTR 10:36am | Tochka |
| 02/19/2020 | | Endorsement on Motion to be furnished with criminal records filed, (#17.0): ALLOWED | Tochka |
| 02/19/2020 | 23 | Defendant 's Motion for Allowance of Reasonable Costs for a Forensics Expert (Ballistics Expert) (filed and ALLOWED) | |
| 02/19/2020 | | Event Result:: Non-Evidentiary Hearing on Suppression scheduled on: 03/26/2020 09:30 AM<br>Has been: Canceled     For the following reason: Joint request of parties<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>    Rourke Donnelly, Assistant Clerk Magistrate | Cowin |
| 03/02/2020 | 24 | Defendant 's Motion for Relief from Curfew and Permission to Leave Commonwealth (Filed) | |
| 03/02/2020 | | Endorsement on Motion for Relief from Curfew and Permission to Leave Commonwealth, (#24.0): ALLOWED<br><br>Judge: Tochka, Hon. Robert N | Tochka |

| Date | # | Entry | |
|---|---|---|---|
| 03/02/2020 | | Defendant comes into court.<br>Case brought forward.<br>Hearing Re: Motion held.<br>> Case has next date of 03/26/20 for Hearing Re: Filing of Motion (CM Session, CTRM 705)<br><br>R. Tochka, J  -  J. Pardi, ACM  -  R. Tobin, Atty  -  FTR/Court Monitor: N. McCann (3:47 PM) | Tochka |
| 03/18/2020 | | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.: Filing of Motions scheduled on:<br>   03/26/2020 09:30 AM<br>Has been: Rescheduled-Covid-19 emergency    For the following reason:<br>By Court prior to date<br>Edward J Curley, Presiding<br>Staff:<br>   Joanne Araujo, Assistant Clerk Magistrate<br>   Michelle Pierce, Assistant Clerk | Curley |
| 05/04/2020 | | Event Result:: Final Pre-Trial Conference scheduled on:<br>   05/27/2020 02:00 PM<br>Has been: Canceled    For the following reason: By Court due to Covid-19<br>Staff:<br>   Rebeca Figueroa, Assistant Clerk Magistrate<br>   Michelle Pierce, Assistant Clerk | |
| 05/28/2020 | | Event Result:: Jury Trial scheduled on:<br>   06/01/2020 09:00 AM<br>Has been: Canceled    For the following reason: By Court due to Covid-19<br>Hon. Michael D Ricciuti, Presiding<br>Staff:<br>   Rebeca Figueroa, Assistant Clerk Magistrate<br>   Michelle Pierce, Assistant Clerk | Ricciuti |
| 06/11/2020 | 25 | Defendant 's EX PARTE Motion for<br>Allowance of Further Reasonable Costs For An Investigator. w/Affidavit | |
| 06/11/2020 | 26 | Defendant 's EX PARTE Motion for Allowance of Reasonable Costs For a Forensics. w/Affidavit | |

| | | | |
|---|---|---|---|
| 06/23/2020 | | Defendant present in court via Zoom videoconferencing.<br><br>Conference to Review Status held before Ricciuti, J.<br><br>Continued by Agreement as follows:<br><br>8/18/2020   Conference to Review Status of Motions Filed at 11:00AM in Courtroom 817;<br>9/22/2020   Conference to Review Status of Discovery Compliance at 9:30AM in Courtroom 817.<br><br>Per Order of the Court, Attorney Tobin is to file a written motion for relief from curfew, allowing the Defendant to<br>travel to the state of Florida from July 3, 2020 through July 6, 2020 to attend family event.<br>Defendant is to report to the Probation Department at Suffolk Superior Court on a daily basis<br>during this time and must provide proof of airline tickets.  Ricciuti, J.<br><br><br>Hon. Michael D Ricciuti, Presiding<br>Appeared:  M. Tohme, ADA  (via Zoom)  -  R. Tobin, Atty. (via Zoom)  -  FTR (9:45AM)<br>Staff:<br>    Rebeca Figueroa, Assistant Clerk Magistrate | Ricciuti |
| 06/23/2020 | 27 | ORDER: SCHEDULING ORDER | Ricciuti |
| 06/23/2020 | | Endorsement on Motion for Allowance of Further Reasonable Costs for an Investigator, EX Parte, (#25.0):  ALLOWED | Ricciuti |
| 06/23/2020 | | Endorsement on Motion for Allowance of Reasonable Costs for a Forensics Expert, Ex Parte, (#26.0):  ALLOWED | Ricciuti |
| 06/23/2020 | 28 | Defendant 's Motion for Relief from Curfew  -  Filed | Ricciuti |
| 06/23/2020 | | Endorsement on Motion for Relief from Curfew, (#28.0):  ALLOWED<br>(Copy to Counsel of Record and Probation Department Chief M. Forbes)<br><br>Judge: Ricciuti, Hon. Michael D | Ricciuti |
| 06/24/2020 | | Event Result::  Hearing on Request for Probation Warrant scheduled on:<br>         06/24/2020 09:30 AM<br>Has been: Held as Scheduled.<br>Warrant to Issue Request of Commonwealth<br>Hon. Robert N Tochka, Presiding<br>Staff:<br>    Carol Mullen-Maguire, Assistant Clerk Magistrate<br>    James Pardi, Assistant Clerk Magistrate<br>ADA m Tohme via Zoom<br>PO L. Miranda via Zoom<br>FTR 12:17pm/ N. McCann | Tochka |
| 06/24/2020 | | Issued:<br>Straight Warrant issued on 06/24/2020 for Hunt, Timmy Eugene | |

| | | | |
|---|---|---|---|
| 07/17/2020 | | Defendant in state custody at Wyatt Detention Center.<br>Bail Hearing held as scheduled.<br>NOTE: Defendant has outstanding warrant on this case.<br>Case continued by agreement to 7/23/2020 RE: Conference to Review Statu at 11:00 AM in Criminal 1 (CtRm 704) (Via Zoom) (Defendant in Federal Custody)<br><br>Ricciuti, J.  -  D. Sheehan, ACM  -  M. Tohme, ADA (Via Zoom)  -  R. Tobin, Atty (Via Zoom)  -  N. McCann, CM  -  2:18 PM FTR | Ricciuti |
| 07/23/2020 | 29 | The defendant\petitioner is committed without bail for the following reason: Per Order of the Court.<br>mitt Faxed to Wyatt Detention Center | Ricciuti |
| 07/23/2020 | | Defendant not on Zoom call, defendant in Federal Custody.<br>Conference to Review Status held as scheduled via Zoom.<br>After hearing, bail revoked.<br>Case continued by agreement to 8/18/2020 RE: Conference to Review Statu at 9:00 AM in Criminal 1 (CtRM 704)<br><br>Ricciuti, J.  -  J. Pardi, ACM  -  M. Tohme, ADA (Via Zoom)  -  R. Tobin, Atty (Via Zoom)  -  C. O'Niell, CM  -  11:10 AM FTR | Ricciuti |
| 08/14/2020 | | Event Result::  Conference to Review Status scheduled on:<br>     08/18/2020 11:00 AM<br>Has been: Canceled     For the following reason: By Court prior to date<br>Hon. Mary K Ames, Presiding<br>Staff:<br>     Rebeca Figueroa, Assistant Clerk Magistrate | Ames |
| 08/18/2020 | | Event Result::  Conference to Review Status scheduled on:<br>     08/18/2020 09:00 AM<br>Has been: Held as Scheduled<br>Hon. Michael D Ricciuti, Presiding<br>Staff:<br>     Carol Mullen-Maguire, Assistant Clerk Magistrate<br>     James Pardi, Assistant Clerk Magistrate<br>     No FTR | Ricciuti |
| 08/18/2020 | 30 | Defendant 's EX PARTE Motion for allowance of further reasonable costs for forensics expert with Affidavit filed and allowed at CPCS rates. | |

| Date | # | Entry | Judge |
|---|---|---|---|
| 09/22/2020 | | Defendant is not present in court. Defendant is in federal custody and his presence was waived with no objection by the Commonwealth.<br><br>Conference to Review Status held before Ames, J.<br><br>Continued by Agreement to December 2, 2020 for Evidentiary Hearing on Suppression at 11:00 AM in Courtroom 817.<br><br>Per Order of the Court:<br>1. Commonwealth is ordered to provide all outstanding discovery on or before October 14, 2020 (out of court).<br>2. Defendant's Motion to Suppress and Memorandum due on or before November 4, 2020.<br>3. Commonwealth's Opposition to Defendant's Motion to Suppress is due on or before November 25, 2020.<br><br>Hon. Mary K Ames, Presiding<br>Appeared: M. Tohme, ADA for G. Galizio, ADA (via Zoom) - R. Tobin, Atty. (via Zoom) - FTR (11:25 AM)<br>Staff:<br>Rebeca Figueroa, Assistant Clerk Magistrate | Ames |
| 09/22/2020 | | Endorsement on Motion for Discovery Regarding Police Investigation, (#15.0 ALLOWED<br>ALLOWED by agreement. Compliance on or before October 14, 2020. M.K Ames, J. 9/22/2020 | Ames |
| 09/22/2020 | | Attorney appearance<br>On this date Marc Tohme, Esq. dismissed/withdrawn for Prosecutor Suffolk County District Attorney | |
| 09/22/2020 | | Attorney appearance<br>On this date Gregory James Galizio, Esq. added for Prosecutor Suffolk County District Attorney | |
| 09/28/2020 | 31 | Defendant 's EX PARTE Motion for Allowance of Further Reasonable Costs f an Investigator W/ Affidavit. | |
| 11/02/2020 | 32 | Defendant 's EX PARTE Motion for Allowance of Further Reasonable Costs f a Forensics Expert (Statistics Expert) with Affidavit Filed | |
| 11/04/2020 | 33 | Defendant 's Motion to suppress Evidence (Warrentless) (Unreasonable Search and Seizure) Filed with Affidavit and Memorandum. | |
| 11/04/2020 | 34 | Defendant 's Motion to suppress Evidence (Warrentless) (Equal Protection Clause Violation) Filed with Affidavit and Memorandum. | |
| 11/19/2020 | 35 | General correspondence regarding Amendment to Report of Mary Fowler Ph | |
| 12/01/2020 | | Event Result:: Evidentiary Hearing on Suppression scheduled on:<br>12/02/2020 11:00 AM<br>Has been: Rescheduled     For the following reason: By Court due to Covid-19<br>Hon. Mary K Ames, Presiding<br>Staff:<br>Rebeca Figueroa, Assistant Clerk Magistrate | Ames |

| 12/02/2020 | 36 | Defendant's EX PARTE Motion for funds for Allowance of Further Reasonab Costs for a Forensics Expert (Ballistics Expert), with affidavit in support thereof (filed) |
|---|---|---|
| 12/22/2020 | | Docket Note: On this day, amended report received from Mary Fowler, Ph.D, in regards to paper #34. New report is rescanned with motion, and copy of ol report remains in the file for future reference. |

01-13-'21 10:17 FROM-   Sup.Suff.Criminal   6177887798   T-435 P0021/0023 F-825