UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>TIMMY HUNT,<br><br>Defendant. | Case No. 20-CR-10119-DJC |

### AFFIDAVIT OF SPECIAL AGENT TIMOTHY R. KENNY

I, Timothy R. Kenny, do hereby depose and state as follows under the pains and penalties of perjury:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and I have been assigned to work on the above-referenced case.

2. The statements contained in this affidavit are based on my own investigation, work done by other FBI Agents and investigators and law enforcement partners, and on information provided to me by other FBI Agents, investigators, law enforcement partners, and others.

3. At some point between March 2 and March 5, 2020, the FBI obtained information from Avis Budget Group indicating that Timmy Hunt had rented a white Chevrolet Malibu with North Carolina license plate HBM8786 (the "Malibu") on February 26, 2020, and that Hunt had given phone number 617-690-9326 (the "Hunt -9326 Number") in connection with that rental. FBI later learned that the Malibu was returned on March 21, 2020.

4. On March 3, 2020, Agents conducted surveillance at Hunt's home at 574 Washington Street in Brighton, Massachusetts, and saw the Malibu parked outside his house, between 574 and 578 Washington Street. On March 4, 2020, Agents again conducted surveillance at Hunt's home at 574 Washington Street, and saw the Malibu parked directly across from 574

Washington Street.

5. On March 6, 2020, the FBI received subscriber information and toll records for Trevel Brewster's 857-492-7878 phone number (the "Brewster -7878 Number"), revealing contacts between the Hunt -9326 Number and the Brewster -7878 Number around the times of the February 26 and March 2 controlled purchases conducted by the Cooperating Witness in this investigation with Brewster.

6. On March 10, 2020, the FBI requested subscriber information and toll records for the Hunt -9326 number, but FBI was unable to access those records until May 18, 2020.

7. Prior to May 8, 2020, I learned that Timmy Hunt was on pretrial release out of Suffolk County Superior Court and subject to GPS monitoring.

8. On May 8, 2020, I emailed the Massachusetts Probation Service's Electronic Monitoring Program ("ELMO") requesting the GPS monitoring points for Timmy Hunt for the date of February 26, 2020 between 3:00pm and 4:30pm, and for the date of March 2, 2020 between 4:00pm and 5:30pm. On May 9, I received two maps responsive to that request. Copies of these maps are attached hereto as Exhibit 1.

9. Later on May 9, after receiving the maps in Exhibit 1, I emailed the ELMO program again, requesting the GPS monitoring points for a narrower window of time: February 26, 2020 between 3:40pm and 4:00pm, and March 2, 2020 between 4:40pm and 5:00pm. I received two maps responsive to that request. Copies of these maps are attached hereto as Exhibit 2.

Sworn to under the pains and penalties of perjury.

_____
Special Agent Timothy Kenny
Federal Bureau of Investigation
Dated: June 11, 2021

## CERTIFICATE OF SERVICE

    Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                     */s/ Elianna J. Nuzum*
                                     Elianna J. Nuzum
                                     Assistant United States Attorney

Dated: June 11, 2021