# Exhibit 1



USAO 0071



USAO 0104