# Exhibit 2



USAO 0070



USAO 0103